UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALVADOR MENDOZA, on behalf of himself and others similarly situated,

               Plaintiff,

        -against-

AZK RESTAURANT, INC. d/b/a 3 GUYS RESTAURANT, and KONSTANTINOS ATHANASIOU,

              Defendants.

---

Case No. 16-CV-2286 (CM)(KNF)

**DEFENDANTS' FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AZK Restaurant, Inc. d/b/a 3 Guys Restaurant, by and through its counsel Littler Mendelson, P.C., affirms that it has no parent corporations and no publicly held corporation owns 10% or more of its stock.

Date:  May 31, 2016
       Melville, New York

                    _____
                    Guy M. Allen
                    William H. Ng
                    LITTLER MENDELSON, P.C.
                    290 Broadhollow Road, Suite 305
                    Melville, New York 11747
                    (631) 247-4700

                    *Attorneys for Defendants*
                    *AZK Restaurant, Inc. d/b/a 3 Guys*
                    *Restaurant, and Konstantinos Athanasiou,*